**F I L E D**
CLERK, U.S. DISTRICT COURT

03/06/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>LESLIE ANTHONY BAILEY,<br><br>      Defendant. | No. 8:24-cr-00029-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1591(a)(1),(b)(1): Sex Trafficking by Force and Coercion; 18 U.S.C. §§ 1201(a)(1), (a)(2): Kidnapping; 18 U.S.C. § 2241(a): Aggravated Sexual Abuse by Force and Threat; 18 U.S.C. § 1952(a)(3): Use of a Facility in Interstate Commerce in Aid of Unlawful Activity; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1591(a)(1), (b)(1)]

Beginning on or about February 5, 2022, and continuing through on or about February 8, 2022, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendant LESLIE ANTHONY BAILEY, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, victim J.H., knowing

1  and recklessly disregarding that force, threats of force, and
2  coercion, as defined in Title 18, United States Code, Section
3  1591(e)(2), and any combination of such means, would be used to cause
4  victim J.H. to engage in a commercial sex act.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

[18 U.S.C. §§ 1201(a)(1), (a)(2)]

Beginning on or about February 5, 2022, and continuing until on or about February 8, 2022, in Los Angeles County, within the Central District of California, and in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendant LESLIE ANTHONY BAILEY unlawfully and willfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away victim J.H., and held victim J.H. for ransom and reward and otherwise, and, in committing and in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate and foreign commerce, namely, a motor vehicle and a cellphone.

COUNT THREE

[18 U.S.C. § 2241(a)]

On or about February 8, 2022, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendant LESLIE ANTHONY BAILEY knowingly caused victim J.H. to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), by using force against victim J.H. and by threatening victim J.H. and placing victim J.H. in fear that victim J.H. would be subject to death, serious bodily injury, and kidnapping.

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | COUNT FOUR                                                      |
| 2   | [18 U.S.C. §§ 1952(a)(3), 2]                                    |

On or about February 7, 2022, in Orange County, within the Central District of California and elsewhere, defendant LESLIE ANTHONY BAILEY knowingly and intentionally used a facility in interstate commerce, that is, a cellphone, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, namely, a business enterprise involving prostitution, pimping, and pandering, in violation of California Penal Code Sections 647(b), 266h, and 266i, and, thereafter performed, and aided and abetted and willfully caused the performance of, an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of that unlawful activity, in that defendant BAILEY caused victim J.H. to engage in prostitution and supervised, directed, and collected the proceeds of victim J.H.'s prostitution.

|   |   |
|---|---|
| 1 | COUNT FIVE |
| 2 | [18 U.S.C. §§ 1952(a)(3), 2] |

Beginning no later than on or about March 7, 2023, and continuing to at least on or about April 25, 2023, in Orange and Los Angeles Counties, within the Central District of California and elsewhere, defendant LESLIE ANTHONY BAILEY knowingly and intentionally used facilities in interstate commerce, that is, the internet and a cell phone, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, namely, a business enterprise involving prostitution, pimping, and pandering, in violation of California Penal Code sections 647(b), 266h, and 266i, and, thereafter performed, and aided and abetted and willfully caused the performance of, an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment,

//
//
//
//
//
//
//
//
//
//

and carrying on of that unlawful activity, in that defendant BAILEY caused victim A.B. to engage in prostitution and supervised, directed, and collected the proceeds of victim A.B.'s prostitution.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

KRISTIN N. SPENCER
Assistant United States Attorney
Santa Ana Branch Office